

**MOTION TO DISMISS OBSTRUCTIVE DEFENSES**

**INTRODUCTION**:
Plaintiff Truway Health, Inc. requests that this Court strike Defendant's obstructive defenses, which lack a sound basis in law or fact and serve only to delay proceedings. Defendant's repeated delays and objections are unfounded and constitute a misuse of the judicial process.

**ARGUMENT**:

1. **Frivolous Nature of Defenses**: Defendant's assertions are without merit and appear designed solely to delay the trial. These defenses are unsubstantiated by evidence and do not address the core allegations of fraud, theft, and negligence.
2. **Judicial Efficiency**: Striking these defenses would streamline the proceedings, allowing for an efficient path toward resolution.

**CONCLUSION**:
Plaintiff requests that this Court strike Defendant's obstructive defenses to allow the trial to proceed without undue delay.

**Dated:** October 28, 2024

**Signed:**
Gavin Solomon
President & CEO, Truway Health, Inc.