

**401 E 34th Street, S11P**

**New York, NY 10016**

**Honorable Judge Paul A. Engelmayer**
United States District Court

Re: Case No. 1:24-cv-08218-PAE
**Subject: Demand for Immediate Return of Collateral to Payee Gavin Solomon, Truway Health, Inc.**

Dear Honorable Judge Engelmayer,

I am writing to formally demand the immediate return of the collateral associated with the above-referenced case to its rightful payee, Mr. Gavin Solomon, representing Truway Health, Inc. This request is necessitated by the procedural failures and breaches of constitutional rights observed during the proceedings, including:

1. **Failure of Proper Trial Procedures**: The dismissal of this case under procedural grounds without due adjudication constitutes a denial of the right to a fair hearing, as enshrined in the Fifth and Fourteenth Amendments of the U.S. Constitution.
2. **Mistrial and Lack of Judicial Oversight**: The court officers failed to ensure procedural fairness, creating a condition tantamount to a mistrial, as evidenced by the dismissal without addressing the substantive issues of the case.
3. **Dereliction of Duty**: The dismissal under Rule 1654, while citing the inability of a corporation to proceed pro se, failed to provide adequate remedies or guidance, further compromising the rights of Truway Health, Inc.

The collateral held in association with this case must be immediately released and returned to me as payee for the following reasons:

- The dismissal of the case without prejudice indicates that the case was not heard on its merits, invalidating any justification for retaining collateral.
- The failure to provide proper remedies has resulted in undue financial and reputational harm to Truway Health, Inc.



I respectfully urge the court to act promptly in this matter and instruct the immediate release of the collateral to avoid further legal action. Please confirm receipt of this letter and your intention to process this request within seven (7) business days.

Thank you for your attention to this urgent matter.

Sincerely,

**Gavin C. Solomon**
President & CEO, Truway Health, Inc.
+1 (516) 768-5264
gavin@truwayhealth.com