# Open Letter to the Constituents and Businesses of Nassau County

## Demand for Special Election in the 18th District

Date: May 08, 2025

From: Gavin Solomon, President & CEO, Truway Health, Inc.

Subject: Call for Accountability, Civil Procedure, and a Special Election in the 18th District

To the residents, business owners, and civic leaders of Nassau County,

I write to you not just as a citizen and CEO of a healthcare company committed to community integrity,

but as a steward of justice and lawful process. Recent events have brought to light a shocking dereliction

of civil responsibility by both the Nassau County District Attorney's Office and the Department of Property

& Land Assessment, which demand immediate and public redress.

Specifically, the County has failed to respond to lawful service and cease-and-desist requests concerning a

property rights violation at 105 Coves Run, involving the illegal installation of a fence that infringes on

the rightful boundaries of 110 Coves Run, a private property under legal protection. This violation is not

just a breach of civil decorumit is an act of criminal trespassing.

Worse still, repeated attempts to seek mediation, enforcement, and transparency have been met with

obstruction and silence from the very institutions sworn to protect property and uphold justice. The Nassau County DA's Office, by failing to take action or even acknowledge the violations reported, is now actively obstructing justice and eroding public trust in due process.

This is not an isolated incidentit is a failure of leadership.

Therefore, I formally call upon:

- The Board of Elections of Nassau County

- The Office of the County Executive

- All residents and registered businesses of the 18th District

to initiate a Special Election and begin the process of replacing representatives and officials who have abdicated their duties to the public.

This election is not only about one property dispute. It is about ensuring every homeowner, every taxpayer, and every local business knows that their rights will not be ignored, silenced, or trampled by neglectful bureaucracy.

Let us restore trust in Nassau County's institutions. Let us return to due process. Let us show that no office is above the law, and that the people retain ultimate power.

We call for your voice, your vote, and your vigilance.

In solidarity and lawful pursuit,

Gavin Solomon

President & CEO, Truway Health, Inc.

gavin@truwayhealth.com | www.truwayhealth.com